```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 01157
   REGILYN A SMITH
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9887


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/23/2007 and was not confirmed.

     The case was dismissed without confirmation 12/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
CAVALRY PORTFOLIO SERVIC   UNSECURED          522.68          .00           .00
CAVALRY PORTFOLIO SERVIC   NOTICE ONLY    NOT FILED           .00           .00
CDA PONTIAC                UNSECURED      NOT FILED           .00           .00
CDA PONTIAC                NOTICE ONLY    NOT FILED           .00           .00
CHECKRITE                  UNSECURED      NOT FILED           .00           .00
CHECKRITE                  NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED        11710.00          .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
CREDIT COLLECTION SERV     UNSECURED      NOT FILED           .00           .00
CREDIT COLLECTION SERV     NOTICE ONLY    NOT FILED           .00           .00
SPRINT-NEXTEL CORP         UNSECURED          474.96          .00           .00
DIVERSIFIED ADJUSTMENT S   NOTICE ONLY    NOT FILED           .00           .00
F&W LLC                    UNSECURED      NOT FILED           .00           .00
F&W LLC                    NOTICE ONLY    NOT FILED           .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED           .00           .00
HARVARD COLLECTION SERVI   NOTICE ONLY    NOT FILED           .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED           .00           .00
HARVARD COLLECTION SERVI   NOTICE ONLY    NOT FILED           .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED           .00           .00
HARVARD COLLECTION SERVI   NOTICE ONLY    NOT FILED           .00           .00
LOU HARRIS & CO            UNSECURED      NOT FILED           .00           .00
LOU HARRIS & CO            NOTICE ONLY    NOT FILED           .00           .00
NORTHSIDE COMMUNITY FEDE   UNSECURED          631.50          .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM   NOTICE ONLY    NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01157 REGILYN A SMITH
```

```
PROFESSIONAL ACCOUNT MGM NOTICE ONLY    NOT FILED                     .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          272.11                    .00           .00
RJM AQUISITIONS FUNDING  NOTICE ONLY    NOT FILED                     .00           .00
STATE COLLECTION SERVICE UNSECURED      NOT FILED                     .00           .00
STATE COLLECTION SERVICE NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
UNITED COMPUCRED         UNSECURED      NOT FILED                     .00           .00
UNITED COMPUCRED         NOTICE ONLY    NOT FILED                     .00           .00
```

                    PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01157 REGILYN A SMITH

```
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00
UNITED COMPUCRED          NOTICE ONLY    NOT FILED              .00          .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00          .00

                    PAGE  3 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01157 REGILYN A SMITH
```

```
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
UNITED COMPUCRED         UNSECURED     NOT FILED            .00          .00
UNITED COMPUCRED         NOTICE ONLY   NOT FILED            .00          .00
WILLIAMS ALEXANDER       UNSECURED         303.76           .00          .00
WILLAMS ALEXANDER        NOTICE ONLY   NOT FILED            .00          .00
RJM ACQUISITIONS         UNSECURED         125.15           .00          .00
TIMOTHY K LIOU           DEBTOR ATTY     2,509.20                      389.25
TOM VAUGHN               TRUSTEE                                        27.79
DEBTOR REFUND            REFUND                                          .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    417.04

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    389.25
TRUSTEE COMPENSATION                               27.79
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                     417.04                 417.04


            PAGE  4 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01157 REGILYN A SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |